Form 224

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald L. Baird
aka Ronald Lee Barid**
  Debtor(s)

Bankruptcy Case No.: 18−22470−CMB

Chapter: 13
Docket No.: 13

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **June 19, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **July 17, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **July 18, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 18, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald L. Baird
    Debtor

Case No. 18-22470-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Jul 18, 2018
                    Form ID: 224    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
```
db            +Ronald L. Baird,    PO Box 42,    Ellsworth, PA 15331-0042
14866809       Ermerg Care Phys of Washington,    PO Box 37716,    Philadelphia, PA 19101-5016
14866810      +Guillermo Borrero MD & Assoc.,    575 Coal Valley Rd.,    Suite 461,    Clairton, PA 15025-3740
14866811      +Lendmark Financial Services,    12A Old Mill Boulevard,    Suite 311,    Washington, PA 15301-6738
14866813       Mon Valley Community FCU,    PO Box 189,    Allenport, PA 15412-0189
14866814       Mon Valley Hospital Community FCU,    c/o ARogers, Inc.,    PO Box 3302,    Crofton, MD 21114-0302
14866816       WHS Behavioral Health-Washington,    PO Box 855,    Washington, PA 15301-0855
14866815       Washington Health System,    PO Box 16243,    Pittsburgh, PA 15242-0243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14866806       EDI: GMACFS.COM Jul 19 2018 05:58:00      Ally Financial,    P O Box 130424,
                Roseville, MN 55113-0004
14866807      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 19 2018 02:23:53
                Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                Coral Gables, FL 33146-1837
14866808       EDI: RCSFNBMARIN.COM Jul 19 2018 05:58:00      Credit One Bank,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
14866812      +EDI: MID8.COM Jul 19 2018 05:58:00      Midland Funding,    2365 Northside Drive, Suite 300,
                San Diego, CA 92108-2709
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
```
              Christopher M. Frye    on behalf of Debtor Ronald L. Baird chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```